NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

YH SOL HOLDINGS, LLC,                    )
                                         )
            Appellant,                   )
                                         )
v.                                       )       Case No. 2D19-2413
                                         )
U.S. BANK TRUST, N.A., as                )
trustee for LSF11 MASTER                 )
PARTICIPATION TRUST;                     )
KELLY M. MIGLICIO-MCDONALD               )
A/K/A KELLY M. MIGLICIO; NATURE'S        )
HIDEAWAY MASTER                          )
ASSOCIATION, INC.; NATURE'S              )
HIDEAWAY PHASE IB                        )
HOMEOWNERS ASSOCIATION,                  )
INC; SEAN M. MCDONALD; and               )
UNKNOWN TENANT IN                        )
POSSESSION OF THE SUBJECT                )
PROPERTY,                                )
                                         )
            Appellees.                   )
_____)

Opinion filed September 4, 2020.

Appeal from the Circuit Court for
Pasco County; Kimberly S. Byrd,
Judge.

Mark L. Pomeranz of Pomeranz &
Associates, P.A., Hallandale, for
Appellant.

Jonathan L. Blackmore and William S.
Isenberg of Phelan Hallinan Diamond &
Jones, PLLC, Fort Lauderdale, for
Appellee U.S. Bank Trust, N.A.

No appearance for remaining
Appellees.


PER CURIAM.

      Affirmed.


KELLY, MORRIS, and ROTHSTEIN-YOUAKIM, JJ., Concur.